IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 06-cr-426-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM LOUIS FRANCIS,

    Defendant.

_____

**ORDER**
_____

    The court construes defendant's Notice of Disposition as a motion to change his plea and to have the court consider the terms of the parties' plea agreement. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters. The trial date is vacated. A change of plea hearing will be held **December 28, 2006, at 1:30 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

    DATED at Denver, Colorado, on November 27, 2006.

                                                 BY THE COURT:

                                               s/ Walker D. Miller
                                               United States District Judge

PDF FINAL